UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RN CONNIE G; SANTA CLARA COUNTY VALLEY MEDICAL SYSTEM,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　/ | No. C 09-3550 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Defendant filed an ex parte request for a ninety-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Michael Wahlander, the court GRANTS the request. (Docket # 15.) The court now sets the following new briefing schedule for dispositive motions:

　　1.　　Defendant must file and serve her dispositive motion no later than **June 18, 2010**.

　　2.　　Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **July 23, 2010**.

　　3.　　Defendant must file and serve her reply brief (if any) no later than **August 13, 2010**.

　　IT IS SO ORDERED.

Dated: March 23, 2010

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge