**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. GONZALES, | No. C 09-3550 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RN CONNIE G; et al., | |
| Defendants. | |

This action is dismissed without prejudice because plaintiff did not keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 15, 2010

_____
SUSAN ILLSTON
United States District Judge